# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DAVID J. DEAN III, | : | No. 44 WAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| LAWRENCE COUNTY BOARD OF | : | |
| ASSESSMENT APPEALS, CITY OF NEW | : | |
| CASTLE AND NEW CASTLE AREA | : | |
| SCHOOL DISTRICT, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.